# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KEYLA C. DOMINGUEZ,** individually and on behalf of all other similarly situated,

      Plaintiff,

vs.

**MORE THAN INSURANCE, INC., SELECT INSURANCE GROUP, INC.**, and **DONI A. VAZQUEZ**,

      Defendants.

Case No.: 6:21-CV-1616

## NOTICE OF APPEARANCE

COMES NOW, Paul L. Sutherland, III, Esquire, and the law firm of Wilson McCoy, P.A., who gives notice of appearance as counsel for Defendants, MORE THAN INSURANCE, INC., and SELECT INSURANCE GROUP, INC., in the above-captioned matter. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned.

Dated this 14th day of October, 2021.

                                  Respectfully submitted,

                                  */s/ Paul L. Sutherland*
                                  Paul L. Sutherland, Esq.
                                  Florida Bar No. 1008093
                                  Gary D. Wilson, Esq.
                                  Florida Bar No. 846406

>WILSON MCCOY, P.A.
>100 E. Sybelia Ave, Ste. 205
>Maitland, Florida 32751
>Telephone: (407) 803-5400
>Facsimile: (407) 803-4617
>gwilson@wilsonmccoylaw.com
>psutherland@wilsonmccoylaw.com
>pleadings@wilsonmccoylaw.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this <u>14th</u> day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

>*s/Paul L. Sutherland*
>Paul Sutherland, Esq.