UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:21-cv-01616-CEM-EJK

KEYLA DOMINGUEZ,

    Plaintiff,

vs.

MORE THAN INSURANCE, INC,
SELECT INSURANCE GROUP, INC.,
AND DONI A. VAZQUEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING**
**RETURN OF SERVICE ON DEFENDANT, SELECT INSURANCE GROUP, INC.,**

Plaintiff, Keyla Dominguez, files the Return of Service on Defendant, Select Insurance Group, INC (October 13, 2021).

Dated this 18th day of October 2021.

                                      s/Brian H. Pollock, Esq.
                                      Brian H. Pollock, Esq.
                                      Fla. Bar No. 174742
                                      brian@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Ave
                                      Suite 770
                                      Miami, FL 33146
                                      Tel:    305.230.4884
                                      *Counsel for Plaintiff*